1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

EASTERN DISTRICT OF CALIFORNIA

9

10

| DORA GUTIERREZ, | ) | 1:09cv0146 DLB |

Plaintiff,

11

vs.

13

| MICHAEL J. ASTRUE, Commissioner of Social Security, |

Defendant.

ORDER GRANTING STIPULATION
FOR AWARD OF FEES
PURSUANT TO THE
EQUAL ACCESS TO JUSTICE ACT
(Document 17)

17

18

         On May 10, 2010, the parties submitted a stipulation for the award and payment of attorney

19

fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Accordingly, it is ORDERED

20

that Marc V. Kalagian, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and

21

expenses under the EAJA in the amount of TWO THOUSAND NINE HUNDRED DOLLARS

22

($2,900.00).  This amount represents compensation for all legal services rendered by Marc V.

23

Kalagian on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. §

24

2412(d).

25

         This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

26

fees, costs, and expenses, and does not constitute an admission of liability on the part of Defendant

27

28

1

1    under the EAJA.  Nor do Plaintiff, Marc V. Kalagian, or Defendant resolve, settle, or compromise

2    the question of whether Marc V. Kalagian may be, is, or should be the direct payee of an award of

3    fees, costs, and expenses under the EAJA in the absence of an express or implied assignment of such

4    an award or whether any such award is free from or subject to debts of Plaintiff, if any, under the

5    Debt Recovery Act.

6         Payment of TWO THOUSAND NINE HUNDRED DOLLARS ($2,900.00)in EAJA attorney

7    fees, costs, and expenses to Marc v. Kalagian shall constitute a complete release from and bar to any

8    and all claims Plaintiff may have relating to EAJA fees.

9         This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

10   attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

11

12        IT IS SO ORDERED.

13        **Dated:**   **May 11, 2010**          _____ **/s/ Dennis L. Beck** _____
                                                  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2